IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVORIS MCGHEE                                                                                    PLAINTIFF

v.                              CASE NO. 4:23-CV-00439-BSM

ARGENTA MART LLC                                                                              DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE